UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable J. Read Murphy, PJO
450 Main Street
Hartford
Chambers Room #125-Annex

October 16, 2003

10:00 a.m.

RESCHEDULED FROM 7/17/03 & 8/27/03

NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELLED BY THEIR RESPECTIVE
ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLEC-
TIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLI-
CABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.  EACH
PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE
TIME SET FORTH ABOVE.

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL
SUBMIT TO CHAMBERS A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE
OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR
SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING
THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

    3-02-cv-477   (AVC) Harrison v McMahon
    ------------------------------------------------------

         COUNSEL OF RECORD:

Mark W. Baronas              Gould, Killian & Wynne, 280 Trumbull St., 25th
                             Fl., Hartford, CT 860-278-1270

Paul W. Smith                36 Main St., PO Box 338, Windsor Locks, CT
                             860-627-0513

James Newhall Tallberg       Updike, Kelly & Spellacy, P.C., One State St., Po
                             Box 231277, Hartford, CT 860-548-2600

Robert O. Wynne              Gould, Killian & Wynne, 280 Trumbull St., 25th
                             Fl., Hartford, CT 860-278-1270

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK