FILED

2003 DEC 23 A 10: 56

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

KENNETH HARRISON, LAURA : CIVIL ACTION NO. 3:02cv477(AVC)
HARRISON and D & L AUTO BODY :
& TOWING, INC. :
:
    Plaintiffs, :
:
v. :
:
SEAN MCMAHON, GERALD R. :
CHARAMUT, JOHN MIHALIK, and :
JULIE MIHALIK :
:
    Defendant. : DECEMBER 23, 2003
:

---

## MOTION FOR EXTENSION OF SCHEDULING ORDER

The defendants, John Mihalik and Julie Mihalik, by and through their attorney, Paul W. Smith., respectfully move for an extension of the scheduling order relating to dispositive motions. In particular, the parties request that the present deadlines be extended as follows:

|  | **Present Deadline** | **Proposed Deadline** |
|---|---|---|
| Dispositive Motions | December 30, 2003 | **January 30, 2004** |
| Response to Dispositive Motions | January 30, 2003 | **March 30, 2004** |

All other deadlines are similarly to be extended after March 30, 2004.

In support of this Motion, the parties represent as follows:

335627

PAUL W. SMITH • ATTORNEY AT LAW
36 MAIN STREET • P.O. BOX 338 • WINDSOR LOCKS, CT 06096
TELEPHONE (860) 627-0513 • TELECOPIER (860) 623-1026 • JURIS NO. 102195

1.      The parties recently completed the depositions of both plaintiffs and all four of the defendants in this action. The parties have also exchanged written discovery.

2.      Most discovery is complete in this case, however, the parties have documents which they have agreed to exchange.

3.      The parties are diligently working toward a timely resolution of this action and have conducted a settlement conference on October 16, 2003.

4.      Despite the diligence of the parties; however, defendants request the approval of the extended deadline for the exchange of information and the filing of dispositive motions and the replies thereto.

5.      On December 22, 2003, counsel for the plaintiffs, Robert Wynne and co-defense counsel, James N. Tallberg, jointly agreed to this request.

335627

PAUL W. SMITH • ATTORNEY AT LAW
36 MAIN STREET • P.O. BOX 338 • WINDSOR LOCKS, CT 06096
TELEPHONE (860) 627-0513 • TELECOPIER (860) 623-1026 • JURIS NO. 102195

**WHEREFORE**, the defendants, John Mihalik and Julie Mihalik requests that their Motion for Extension of Scheduling Order be granted.

RESPECTFULLY SUBMITTED,

DEFENDANTS, John Mihalik and Julie Mihalik

By: _____
Paul W. Smith, ESQ.
Federal Bar Number Ct16867
36 Main Street, PO Box 338
Windsor Locks, CT 06096
Tel 860 627-0513
Fax 860 623-1026

PAUL W. SMITH • ATTORNEY AT LAW
36 MAIN STREET • P.O. BOX 338 • WINDSOR LOCKS, CT 06096
TELEPHONE (860) 627-0513 • TELECOPIER (860) 623-1026 • JURIS NO. 102195

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to extend time was mailed on December 23, 2003 to the following counsel of record and pro se parties:

James N. Tallberg. Esq.
Updike. Kelly & Spellacy
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

Robert O. Wynne
Gould, Kiluan & Wynne
280 Trumbull Street
25th Floor
Hartford, CT 06103-3595

Timothy Sullivan Jr., Esq.
Gaffney, Kane, Reynolds & Sullivan, P.C.
One Liberty Square
New Britain, CT 06051

_____
Paul W. Smith

PAUL W. SMITH • ATTORNEY AT LAW
36 MAIN STREET • P.O. BOX 338 • WINDSOR LOCKS, CT 06096
TELEPHONE (860) 627-0513 • TELECOPIER (860) 623-1026 • JURIS NO. 102195