FILED

2003 DEC 23  A 10: 50

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| KENNETH HARRISON, LAURA HARRISON and D & L AUTO BODY & TOWING, INC. | CIVIL ACTION NO. 3:02cv477(AVC) |
| Plaintiffs, | |
| v. | |
| SEAN MCMAHON, GERALD R. CHARAMUT, JOHN MIHALIK, and JULIE MIHALIK | |
| Defendant. | DECEMBER 23, 2003 |

## MOTION FOR EXTENSION OF SCHEDULING ORDER

The defendants, John Mihalik and Julie Mihalik, by and through their attorney, Paul W. Smith., respectfully move for an extension of the scheduling order relating to dispositive motions. In particular, the parties request that the present deadlines be extended as follows:

3:02CV477(AVC). December 24, 2003. The motion for an extension of time (document no. 21) is GRANTED as follows: (1) all motions, except motions in limine incident to a trial, shall be filed on or before January 30, 2004; (2) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on March 15, 2004; and (3) the case shall be ready for trial by April 15, 2004. To the extent that the within motion seek an extension of time to reply to the dispositive motions that may be filled in this matter, the motion is DENIED as not ripe for adjudication.
SO ORDERED.