**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KENNETH HARRISON, LAURA HARRISON and D & L AUTO BODY & TOWING, INC. | : : : : : | CIVIL ACTION NO. 3:02CV477(AVC) |
| Plaintiffs, | : : | |
| v. | : : | |
| SEAN MCMAHON, GERALD R. CHARAMUT, JOHN MIHALIK, and JULIE MIHALIK | : : : : | |
| Defendants. | : : | JANUARY 30, 2004 |

## Exhibit List

Exhibit A   Bad check of 01/28/1999

Exhibit B   Copy of Mr. Harrison's Deposition of 8/8/2003

Exhibit C   Copy of Mr. Mihalik's Deposition of 8/7/2003

Exhibit D   Copy of Certified Letter from Mr. Mihalik received 2/11/1996

Exhibit E   Copies of Money Orders

Exhibit F   Copy of Mrs. Mihalik's Deposition of 8/7/2003

351838

| | |
|---|---|
| Exhibit G | Copy of Arrest Warrant Application |
| Exhibit H | Copy of Sean McMahon's Affidavit of 1/30/2004 |
| Exhibit I | Copy of Mrs. Harrison's deposition of 8/8/2003 |
| Exhibit J | Record of Court Action of 7/8/1999 |
| Exhibit K | Transcript of State v. Harrison, CR 990182036-S of 7/8/1999 |
| Exhibit L | Gerald Charemut's Affidavit of 1/30/2004 |

351838