UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------
| KENNETH HARRISON, LAURA HARRISON AND D & L AUTO BODY & TOWING, INC. | : | CIVIL ACTION NO. 3:02CV477(AVC) |
| --- | --- | --- |
| Plaintiffs, | : | |
| V. | : | |
| SEAN MCMAHON, GERALD R. CHARAMUT, JOHN MIHALIK, and JULIE MIHALIK | : | |
| Defendant. | : | JANUARY 30, 2004 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(c), the defendants, John and Julie Mihalik respectfully move for summary judgment on Fourth and Fifth Counts of the plaintiffs' Complaint based upon the undisputed facts. As is more fully set forth in the accompanying Memorandum of Law, Statement of Undisputed Facts, affidavits and supporting documents, the defendants are entitled to judgment as a matter of law on the as no genuine issues of material fact exist.

A Memorandum of Law, the Affidavits of John Mihalick and Julie Mahlick, Deposition of John Mihalick, the Deposition of Julie Mihalick, and the Deposition of Kenneth Harrison are forwarded to the court with this Motion of Summary Judgment.

**WHEREFORE**, the defendants respectfully request summary judgment on counts four and five of plaintiff's Complaint.

.

        RESPECTFULLY SUBMITTED,
        DEFENDANTS,
        John Mihalik and Julie Mihalik

    By:_____
        Paul W. Smith, Esq.
        Federal Bar Number Ct16867
        36 Main Street
        PO Box 338
        Windsor Locks, CT 06096

**CERTIFICATION**

This is to certify that a copy of the foregoing, MOTION FOR SUMMARY JUDGMENT with accompanying exhibits, has been sent via U.S. certified mailed, postage prepaid, this ___ day of January, 2004 to the following counsel of record:

Robert O. Wynne, Esq.
Gould, Killian & Wynne
280 Trumbull Street
Hartford, CT 06103

JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.
One State Street
PO Box 231277
Hartford, CT 06123

By:_____
       Paul W. Smith, Esq.
       36 Main Street
       P.O. Box 338
       Windsor Locks, CT 06096