FILED

2004 FEB 13 P 2: 06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| KENNETH HARRISON, LAURA HARRISON and D&L AUTO BODY & TOWING, INC. | CIVIL ACTION NO. 3:02CV477 (AVC) |
| Plaintiffs, | |
| V. | |
| SEAN MCMAHON, GERALD R. CHARAMUT, JOHN MIHALIK and JULIE MIHALIK | |
| Defendants. | FEBRUARY 12, 2004 |

## MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTION

Pursuant to Fed. Rules Civ. Proc., Rule 6(b) and Local Rule 7, the plaintiff hereby request an order enlarging the time to file an objection to the defendants' JOHN MIHALIK'S and JULIE MIHALIK'S Motion for Summary Judgment dated January 30, 2004 until March 25, 2004.

The defendants served a Motion for Summary Judgment upon counsel by mail on or about January 30, 2003. Pursuant to Fed. Rules Civ. Proc., Rule 6(e) and Local Rules 7(b), an objection to that motion is due on or before February 23, 2004. The Defendants' Motion seeks summary judgment on the Fourth and Fifth Counts of the

plaintiff's complaint. These counts are comprised of a variety of issues and causes of actions. The Motion for Summary Judgment is quite lengthy and extensive, including a number of exhibits comprising over three hundred (300) pages of. The plaintiff's response requires additional legal research and further investigation into the issues raised.

Accordingly, the plaintiff respectfully requests an extension of time through and including March 25, 2004, within which to file an objection to the Motion for Summary Judgment.

Counsel for the plaintiff has contacted Attorney Paul W. Smith, counsel for the defendants, concerning this motion, and there is no objection to this motion by counsel for the defendant.

THE PLAINTIFFS,

_____
Robert O. Wynne
Gould, Killian & Wynne
280 Trumbull Street, 21st Floor
Hartford, CT 06103
TEL: (860) 278-1270
FAX: (860) 244-9290
Federal Bar No. CT 10394

## CERTIFICATION

I hereby certify that on the 12th day of February 2004 a copy of the foregoing was sent via first-class mail, postage-prepaid to:

James N. Tallberg, Esq.
Updike Kelly & Spellacy, P.C.
One State Street
P.O. Box 23127
Hartford, CT  06123-1277

Paul W. Smith, Esq.
36 Main Street
P.O. Box 338
Windsor Locks, CT  06096

_____
Robert O. Wynne