FILED

2004 FEB 13 P 2:06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| KENNETH HARRISON, LAURA HARRISON and D&L AUTO BODY & TOWING, INC.<br><br>Plaintiffs,<br><br>V.<br><br>SEAN MCMAHON, GERALD R. CHARAMUT, JOHN MIHALIK and JULIE MIHALIK<br><br>Defendants. | CIVIL ACTION NO. 3:02CV477 (AVC)<br><br><br><br><br><br><br><br><br>FEBRUARY 12, 2004 |

## MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTION

Pursuant to Fed. Rules Civ. Proc., Rule 6(b) and Local Rule 7, the plaintiff hereby request an order enlarging the time to file an objection to the defendants' JOHN MIHALIK'S and JULIE MIHALIK'S Motion for Summary Judgment dated January 30, 2004 until March 25, 2004.

The defendants served a Motion for Summary Judgment upon counsel by mail on or about January 30, 2003. Pursuant to Fed. Rules Civ. Proc., Rule 6(e) and Local Rules 7(b), an objection to that motion is due on or before February 23, 2004. The Defendants' Motion seeks summary judgment on the Fourth and Fifth Counts of the

February 17, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.