FILED
2004 FEB 13 P 2:06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| KENNETH HARRISON, LAURA HARRISON and D&L AUTO BODY & TOWING, INC. | : | CIVIL ACTION NO. 3:02CV477 (AVC) |
| Plaintiffs, | : | |
| V. | : | |
| SEAN MCMAHON, GERALD R. CHARAMUT, JOHN MIHALIK and JULIE MIHALIK | : | |
| Defendants. | : | FEBRUARY 12, 2004 |

## MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTION

Pursuant to Fed. Rules Civ. Proc., Rule 6(b) and Local Rule 7, the plaintiff hereby request an order enlarging the time to file an objection to the defendants' SEAN MCMAHON'S and GERALD CHARAMUT'S Motion for Summary Judgment dated January 30, 2004 until March 25, 2004.

The defendants served a Motion for Summary Judgment upon counsel by mail on or about January 30, 2003. Pursuant to Fed. Rules Civ. Proc., Rule 6(e) and Local Rules 7(b), an objection to that motion is due on or before February 23, 2004. The Defendants' Motion seeks summary judgment on the First, Second, Third, Sixth and

LAW OFFICES • GOULD, KILLIAN & WYNNE • 280 TRUMBULL STREET • 21ST FLOOR • HARTFORD, CT 06103-3595 • (860) 278-1270 • FAX (860) 244-9290 • JURIS NO. 24240

*[Margin annotations: "February 17, 2004. GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J." and filing stamp "FEB 17 P 1:04 U.S. DISTRICT COURT HARTFORD, CT."]*