FILED

2004 MAR 15 P 2: 28

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| KENNETH HARRISON, LAURA HARRISON and D&L AUTO BODY & TOWING, INC. | : | CIVIL ACTION NO. 3:02CV477 (AVC) |
| Plaintiffs, | : | |
| V. | : | |
| SEAN MCMAHON, GERALD R. CHARAMUT, JOHN MIHALIK and JULIE MIHALIK | : | |
| Defendants. | : | MARCH 12, 2004 |

## MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTION

Pursuant to Fed. Rules Civ. Proc., Rule 6(b) and Local Rule 7, the plaintiffs hereby request an order enlarging the time to file an objection to the defendants' JOHN MIHALIK'S and JULIE MIHALIK'S Motion for Summary Judgment until April 8, 2004.

The defendants served a Motion for Summary Judgment upon counsel by mail on or about January 30, 2003. Pursuant to Fed. Rules Civ. Proc., Rule 6(e) and Local Rules 7(b), an objection to that motion was due on or before February 23, 2004. The defendants' motion seeks summary judgment on the Fourth and Fifth Counts of the plaintiff's complaint. These counts are comprised of a variety of issues and causes of

actions. The Motion for Summary Judgment is quite lengthy and extensive, including a number of exhibits comprising over three hundred (300) pages. In addition, the defendants, Sean McMahon and Gerald R. Charamut, served a Motion for Summary Judgment upon counsel for the plaintiffs the same date as the present motion. That motion is also quite lengthy and extensive, including a number of exhibits comprising over four hundred (400) pages.

Despite having expended significant efforts to date, the plaintiffs' responses to both of the motions for summary judgment require additional legal research and further investigation into the factual issues raised.

Accordingly, the plaintiffs respectfully request an extension of time of two weeks through and including April 8, 2004, within which to file an objection to the present Motion for Summary Judgment.

Counsel for the plaintiffs has contacted Attorney Paul W. Smith, counsel for the defendants, concerning this motion, and there is no objection to this motion by counsel for the defendants.

THE PLAINTIFFS,


_____
Robert O. Wynne
Gould, Killian & Wynne
280 Trumbull Street, 21st Floor
Hartford, CT 06103
TEL: (860) 278-1270
FAX: (860) 244-9290
Federal Bar No. CT 10394

## CERTIFICATION

I hereby certify that on the 12th day of March 2004 a copy of the foregoing was sent via first-class mail, postage-prepaid to:

James N. Tallberg, Esq.
Updike Kelly & Spellacy, P.C.
One State Street
P.O. Box 23127
Hartford, CT  06123-1277

Paul W. Smith, Esq.
36 Main Street
P.O. Box 338
Windsor Locks, CT  06096

_____
Robert O. Wynne