**FILED**

2004 MAR 15 P 2: 28

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH HARRISON, LAURA HARRISON and D&L AUTO BODY & TOWING, INC.<br><br>Plaintiffs,<br><br>VS.<br><br>SEAN MCMAHON, GERALD R. CHARAMUT, JOHN MIHALIK and JULIE MIHALIK<br><br>Defendants. | CIVIL ACTION NO. 3:02CV477 (AVC)<br><br><br><br><br><br>MARCH 12, 2004 |

March 16, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

## MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTION

Pursuant to Fed. Rules Civ. Proc., Rule 6(b) and Local Rule 7, the plaintiffs hereby request an order enlarging the time to file an objection to the defendants' SEAN MCMAHON'S and GERALD CHARAMUT'S Motion for Summary Judgment until April 8, 2004.

The defendants served a Motion for Summary Judgment upon counsel by mail on or about January 30, 2003. Pursuant to Fed. Rules Civ. Proc., Rule 6(e) and Local Rules 7(b), an objection to that motion was originally due on or before February 23, 2004. The plaintiffs previously filed one Motion for Enlargement of Time to File