#35

FILED

2004 MAR 15 P 2: 28

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH HARRISON, LAURA HARRISON and D&L AUTO BODY & TOWING, INC.<br><br>Plaintiffs,<br><br>V.<br><br>SEAN MCMAHON, GERALD R. CHARAMUT, JOHN MIHALIK and JULIE MIHALIK<br><br>Defendants. | : CIVIL ACTION NO. 3:02CV477 (AVC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: MARCH 12, 2004 |

March 16, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.

2004 MAR 16 P 4:26
U.S. DISTRICT COURT
HARTFORD, CT

## MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTION

Pursuant to Fed. Rules Civ. Proc., Rule 6(b) and Local Rule 7, the plaintiffs hereby request an order enlarging the time to file an objection to the defendants' JOHN MIHALIK'S and JULIE MIHALIK'S Motion for Summary Judgment until April 8, 2004.

The defendants served a Motion for Summary Judgment upon counsel by mail on or about January 30, 2003. Pursuant to Fed. Rules Civ. Proc., Rule 6(e) and Local Rules 7(b), an objection to that motion was due on or before February 23, 2004. The defendants' motion seeks summary judgment on the Fourth and Fifth Counts of the plaintiff's complaint. These counts are comprised of a variety of issues and causes of