UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH HARRISON, LAURA HARRISON and D&L AUTO BODY & TOWING, INC. | : CIVIL ACTION NO. 3:02CV477 (AVC) :  : : |
| Plaintiffs, | : : |
| V. | : : |
| SEAN MCMAHON, GERALD R. CHARAMUT, JOHN MIHALICK and JULIE MIHALICK | : : : : |
| Defendants. | : APRIL 12, 2004 |

**PLAINTIFFS' OBJECTION TO DEFENDANTS'**
**JOHN MIHALICK AND JULIE MIHALICK'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56, the Plaintiffs, Kenneth Harrison, Laura Harrison and D&L Autobody & Towing, Inc. (hereinafter referred to collectively as "Plaintiffs"), hereby object to Defendants', John Mihalick and Julie Mihalick's, Motion for Summary Judgment.

Defendants have moved for summary judgment on the Fourth and Fifth Counts of the Complaint, which allege, respectively, causes of action for malicious prosecution and intentional infliction of emotional distress.

**ORAL ARGUMENT REQUESTED**

As is more fully set forth in the accompanying Memorandum of Law, Local Rule 56(a)(2) Statement, Statement of Disputed Issues of Fact, affidavits and supporting documents, genuine issues of material fact exists and Defendants are not entitled to judgment as a matter of law.

WHEREFORE, Plaintiffs respectfully request that the Court deny Defendants' motion for summary judgment on Counts Four and Five of the Complaint.

PLAINTIFFS,

_____
Robert O. Wynne
Gould, Killian & Wynne
280 Trumbull Street, 21st Floor
Hartford, CT 06103
TEL: (860) 278-1270
FAX: (860) 244-9290
Federal Bar No. CT 10394

## **CERTIFICATION**

I hereby certify that on the 12th day of April 2004 a copy of the foregoing was sent via first-class mail, postage-prepaid to:

James N. Tallberg, Esq.
Updike Kelly & Spellacy, P.C.
One State Street
P.O. Box 23127
Hartford, CT  06123-1277

Paul W. Smith, Esq.
36 Main Street
P.O. Box 338
Windsor Locks, CT  06096

_____
Robert O. Wynne