UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH HARRISON, LAURA HARRISON and D&L AUTO BODY & TOWING, INC. : : : : **Plaintiffs,** : : V. : : SEAN MCMAHON, GERALD R. CHARAMUT, JOHN MIHALIK and JULIE MIHALIK : : : : **Defendants.** : | CIVIL ACTION NO. 3:02CV477 (AVC) APRIL 12, 2004 |

**PLAINTIFFS' OBJECTION TO DEFENDANTS' SEAN MCMAHON AND GERALD CHARAMUT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56, the Plaintiffs, Kenneth Harrison, Laura Harrison and D&L Autobody & Towing, Inc. (hereinafter referred to collectively as "Plaintiffs"), hereby object to Defendants', Sean McMahon and Gerald Charamut's, Motion for Summary Judgment.

Defendants have moved for summary judgment on the First, Second, Third, Sixth and Seventh Counts of the Complaint, which allege, respectively, the following causes

**ORAL ARGUMENT REQUESTED**

of action: false arrest as to Sean McMahon; intentional infliction of emotional distress as to Sean McMahon; false arrest and intentional infliction of emotional distress as to the Town of Berlin based on the actions of Sean McMahon; intentional infliction of emotional distress as to Gerald Charamut; and, intentional infliction of emotion distress as to the Town of Berlin based on the actions of Gerald Charamut.

As is more fully set forth in the accompanying Memorandum of Law, Local Rule 56(a)(2) Statement, Statement of Disputed Issues of Fact, affidavits and supporting documents, genuine issues of material fact exists and Defendants are not entitled to judgment as a matter of law on the First, Second, and Sixth Counts.

In relation to the claims against the Town of Berlin, Defendants contend that the Town of Berlin was never summoned to appear. Plaintiffs concede that the Town of Berlin is not a defendant to this action as it was never summoned to appear. As such, Plaintiffs do not object to the granting of summary judgment on the Third and Seventh Counts directed to the Town of Berlin.

WHEREFORE, Plaintiffs respectfully request that the Court deny Defendants' motion for summary judgment on First, Second, and Sixth Counts.

PLAINTIFFS,

_____
Robert O. Wynne
Gould, Killian & Wynne
280 Trumbull Street, 21st Floor
Hartford, CT 06103
TEL: (860) 278-1270
FAX: (860) 244-9290
Federal Bar No. CT 10394

## **CERTIFICATION**

      I hereby certify that on the 12th day of April 2004 a copy of the foregoing was sent via first-class mail, postage-prepaid to:

James N. Tallberg, Esq.
Updike Kelly & Spellacy, P.C.
One State Street
P.O. Box 23127
Hartford, CT  06123-1277

Paul W. Smith, Esq.
36 Main Street
P.O. Box 338
Windsor Locks, CT  06096

                                                                         Robert O. Wynne