UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KENNETH HARRISON, LAURA HARRISON and D&L AUTO BODY & TOWING, INC.** | : | CIVIL ACTION NO. 3:02CV477 (AVC) |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| V. | : | |
| | : | |
| **SEAN MCMAHON, GERALD R. CHARAMUT, JOHN MIHALIK and JULIE MIHALIK** | : | |
| | : | |
| **Defendants.** | : | APRIL 12, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Plaintiffs, Kenneth Harrison, Laura Harrison and D&L Auto Body & Towing, Inc. have manually filed the following documents:

Exhibits A - Q attached to Plaintiff's Memorandum of Law in Support of Plaintiffs' Objection to Defendants', Sean McMahon and Gerald Charamut's, Motion for Summary Judgment.

The documents have not been filed electronically because the documents cannot be converted to an electronic format.

The documents have been manually served on all parties.

RESPECTFULLY SUBMITTED,

_____
Robert O. Wynne
Gould, Killian & Wynne
280 Trumbull Street, 21st Floor
Hartford, CT 06103
TEL: (860) 278-1270
FAX: (860) 244-9290
Federal Bar No. CT 10394

## **CERTIFICATION**

      I hereby certify that on the 12th day of April 2004 a copy of the foregoing was sent via first-class mail, postage-prepaid to:

James N. Tallberg, Esq.
Updike Kelly & Spellacy, P.C.
One State Street
P.O. Box 23127
Hartford, CT  06123-1277

Paul W. Smith, Esq.
36 Main Street
P.O. Box 338
Windsor Locks, CT  06096

                                                                                                                                                                                               _____

                                                                                                                                                                                                             Robert O. Wynne