# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH HARRISON, LAURA HARRISON and D&L AUTO BODY & TOWING, INC. : : : : | CIVIL ACTION NO. 3:02CV477 (AVC) |
| Plaintiffs, : : | |
| V. : : | |
| SEAN MCMAHON, GERALD R. CHARAMUT, JOHN MIHALIK and JULIE MIHALIK : : : : | |
| Defendants.  : | APRIL 12, 2004 |

## DECLARATION THAT PARTY WAS UNABLE TO FILE IN A TIMELY MANNER DUE TO TECHNICAL DIFFICULTIES

Please take notice that the Plaintiffs, Kenneth Harrison, Laura Harrison and D&L Auto Body & Towing, Inc., were unable to file the attached Objection to Defendant's Motion for Summary Judgment, Memorandum of Law in support thereof, Local Rule 56(a)2 Statement and Notice of Manual Filing due to technical difficulties. The deadline for filing the documents was April 8, 2004. The reason that Plaintiffs were unable to file the documents in a timely manner and the good faith efforts made prior to the filing deadline to both file in a timely manner and to inform the Court and the other parties that Plaintiffs

could not do so are set forth below.

Defendants' motion seeks summary judgment on the First, Second, Third, Sixth and Seventh Counts of the plaintiff's complaint. These counts are comprised of a variety of issues and causes of actions. The Motion for Summary Judgment is quite lengthy and extensive, including twelve separate exhibits comprising over four hundred (400) pages. In addition, the defendants, John Mihalik and Julie Mihalik, served a Motion for Summary Judgment upon counsel for the plaintiffs the same date as the present motion. That motion is also quite lengthy and extensive, including a number of exhibits comprising over three hundred (300) pages.

Counsel for the plaintiffs have spent considerable time reviewing Defendants' motion and exhibits, drafting Plaintiffs' response to Defendants' motion, and preparing Plaintiffs' exhibits. On April 8, 2004, counsel for the plaintiffs was prepared to finalize the drafts of the various documents representing Plaintiffs' response to Defendants' motion, but was awaiting an affidavit of Laura Harrison, one of the plaintiffs to this action. Laura Harrison was scheduled to come to counsel's office the morning of April 8, 2004 to execute the affidavit. Laura Harrison is a sergeant with the Naugatuck Police Department. On April 8, 2004 due to unforeseen circumstances she was unable to come to counsel's office to execute the affidavit. As such, counsel was unable to

finalize the draft documents, and attach Laura Harrison's affidavit as an exhibit.

Counsel for the plaintiffs contacted Attorney James N. Tallberg, counsel for the defendants, regarding the inability of counsel to file Plaintiff's objection. Attorney Tallberg had no objection to counsel filing the attached documents on Monday, April 12, 2004.

In addition, counsel's office contacted the Court on April 8, 2004 in order to inform the Court of the inability to file the documents on April 8, 2004. Counsel's office spoke to Jo Ann Walker, Judge Alfred V. Covello's Court Room Deputy. Ms. Walker in turn spoke to Jim Caley, Judge Covello's Chief of Staff. Ms. Walker informed counsel that the documents could be filed on Monday, April 8, 2004, subject to the condition that opposing counsel had no objection.

I declare under penalty of perjury that the foregoing is true and correct.

                                                              RESPECTFULLY SUBMITTED,

                                                              _____
                                                              Robert O. Wynne
                                                              Gould, Killian & Wynne
                                                             280 Trumbull Street, 21st Floor
                                                             Hartford, CT 06103
                                                             TEL: (860) 278-1270
                                                             FAX: (860) 244-9290
                                                             Federal Bar No. CT 10394

## **CERTIFICATION**

      I hereby certify that on the 12th day of April 2004 a copy of the foregoing was sent via first-class mail, postage-prepaid to:

James N. Tallberg, Esq.
Updike Kelly & Spellacy, P.C.
One State Street
P.O. Box 23127
Hartford, CT 06123-1277

Paul W. Smith, Esq.
36 Main Street
P.O. Box 338
Windsor Locks, CT 06096

                                                                                                        _____

                                                                                                       Robert O. Wynne