UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KENNETH HARRISON, ET AL

      Vs.                                  CASE NO. 3:02CV00477 (AVC)

SEAN McMAHON, ET AL

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on July 7, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

However, in this case, an order of dismissal will be entered on September 30, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut this 8th day of September, 2004.

KEVIN F. ROWE, CLERK

By   /s/ JW
      Jo-Ann Walker
      Deputy Clerk