

FILED

2004 SEP 14 A 11: 59

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH HARRISON, LAURA HARRISON and D&L AUTO BODY & TOWING, INC. | CIVIL ACTION NO. 3:02CV477 (AVC) |
| Plaintiffs, | |
| V. | |
| SEAN MCMAHON, GERALD R. CHARAMUT, JOHN MIHALIK and JULIE MIHALIK | |
| Defendants. | September 9, 2004 |

## WITHDRAWAL OF ACTION

The Plaintiff in the above entitled action hereby withdraws his action in its entirety, with prejudice, and without fees or costs.

THE PLAINTIFFS,

_____
Robert O. Wynne
Gould, Killian & Wynne
280 Trumbull Street, 21st Floor
Hartford, CT 06103
TEL: (860) 278-1270
FAX: (860) 244-9290
Federal Bar No. CT 10394